IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARON TAYLOR**                                                                                       **PLAINTIFF**

VS.                                    **CASE NO. 4:06CV00392 SWW**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                           **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Commissioner shall certify and pay $5,014.75 to Taylor's attorney, David M. Hendrix. Counsel shall return to Taylor the EAJA fee of $2,256.25 which was previously awarded.

IT IS SO ORDERED this 29th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE